Exhibit A

# Exhibit A

## Doe #1 (172.213.21.48 2005-07-18 15:28:56 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios Productions LLLP | Meet The Fockers | PA 1-255-623 |
| Lucasfilm Ltd. | Star Wars III-Revenge of the Sith | PA 1-271-265 |

# Exhibit A

## Doe #2 (172.200.248.131 2005-07-11 01:52:50 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | The Nightmare Before Christmas | PA 659-601 |
| Warner Bros. Entertainment Inc. | Batman Begins | PA 1-271-539 |

## Exhibit A

### Doe #3 (172.212.205.34 2005-09-12 22:10:00 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Paramount Pictures Corporation | Coach Carter | PA 1-256-832 |
| Warner Bros. Entertainment Inc. | The Dukes of Hazzard | PA 1-284-127 |

# Exhibit A

## Doe #4 (172.136.174.156 2005-07-17 03:54:07 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Ghost Ship | PA 1-060-734 |
| Columbia Pictures Industries, Inc. | Guess Who | PA 1-266-170 |

## Exhibit A

### Doe #5 (172.146.2.120 2005-09-10 10:52:51 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |

**Exhibit A**

**Doe #6 (172.200.234.144 2005-07-19 23:54:50 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Mr. and Mrs. Smith | PA 1-271-533 |

# Exhibit A

### Doe #7 (172.212.142.108 2005-07-15 04:31:59 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Batman Begins | PA 1-271-539 |

## Exhibit A

### Doe #8 (172.212.212.206 2005-09-16 07:11:11 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Bewitched | PA 1-271-563 |

# Exhibit A

### Doe #9 (172.212.247.245 2005-09-12 02:49:04 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Universal City Studios LLLP | Cinderella Man | PA 1-280-478 |
| Disney Enterprises, Inc. | Dark Water | Pending |

## Exhibit A

### Doe #10 (172.212.25.15 2005-09-14 17:55:10 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Columbia Pictures Industries, Inc. | Guess Who | PA 1-266-170 |
| Warner Bros. Entertainment Inc. | The Dukes of Hazzard | PA 1-284-127 |

# Exhibit A

## Doe #11 (172.212.83.126 2005-07-19 13:04:39 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |

**Exhibit A**

**Doe #12 (172.214.115.195 2005-09-11 11:01:28 (EDT))**

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Sony Pictures Home Entertainment Inc. | Boogeyman | PA 1-250-717 |
| Warner Bros. Entertainment Inc. | House of Wax | PA 1-271-415 |

## Exhibit A

### Doe #13 (172.214.116.53 2005-07-18 16:18:45 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Mr. and Mrs. Smith | PA 1-271-533 |

## Exhibit A

### Doe #14 (172.215.106.75 2005-09-12 18:32:08 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Warner Bros. Entertainment Inc. | Batman Begins | PA 1-271-539 |

Exhibit A

Doe #15 (172.215.146.98 2005-07-15 00:06:37 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | Dark Water | Pending |

# Exhibit A

### Doe #16 (172.215.188.138 2005-07-12 17:47:45 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Twentieth Century Fox Film Corporation | Mr. and Mrs. Smith | PA 1-271-533 |
| Sony Pictures Home Entertainment Inc. | Boogeyman | PA 1-250-717 |

## Exhibit A

### Doe #17 (172.216.39.52 2005-09-12 07:58:46 (EDT))

| PLAINTIFF | MOVIE TITLE | REG# |
|---|---|---|
| Disney Enterprises, Inc. | Dark Water | Pending |
| Warner Bros. Entertainment Inc. | Batman Begins | PA 1-271-539 |