UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SONY PICTURES HOME ENTERTAINMENT INC., et. al., | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 05-1909 (JGP) |
| v. | ) ) | |
| DOES 1-17, | ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration of plaintiffs' **Motion For Leave To Take Discovery Prior To Rule 26(f) Conference** [#3], and for good cause shown, it is hereby

**ORDERED** that plaintiffs may serve immediate discovery on America Online, Inc. ("AOL"), or any other entity identified by America Online, Inc. as providing network access or online services to one or more of the Doe Defendants, by serving a Rule 45 subpoena that seeks information sufficient to identify each Doe Defendant, including his or her name, address, telephone number, email address, and Media Access Control address.  And it is further

**ORDERED** that any information disclosed to plaintiffs in response to the Rule 45 subpoenas may be used by plaintiffs solely for the purpose of protecting plaintiffs' rights under the Copyright Act.  If and when AOL is served with a subpoena, AOL shall give written notice, which can include use of email, to the subscribers in question within five business days.  If AOL and/or any defendant wants to move to quash the subpoena, the party must do so before the return date of the subpoena, which shall be fifteen (15) days from the date of service.  AOL shall preserve any subpoenaed information pending the resolution of any timely filed motion to quash.

**Date: October 14, 2005**                                                                                      **JOHN GARRETT PENN**
                                                                                                                            **United States District Judge**