UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SONY PICTURES HOME** ) <br> **ENTERTAINMENT INC., et. al.,** ) <br> ) <br>       **Plaintiffs,** ) <br> ) <br>       v. ) <br> ) <br> **DOES 1-17,** ) <br> ) <br>       **Defendants.** ) <br> _____ ) | Civil Action No. 05-1909 <br>  (JGP) |

**ORDER**

Upon consideration of plaintiffs' **Notice of Voluntary Dismissal [#5]**, and pursuant to Federal Rule of Civil Procedure 41(a), it is hereby

**ORDERED** that the above-captioned action shall be dismissed without prejudice. And it is further

**ORDERED** that each side shall bear its own costs and attorneys' fees.


Date: March 13, 2006                                           **JOHN GARRETT PENN**
                                                               **United States District Judge**